IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01746-MJW

GENEVA C. TEWELL,

Plaintiff,

v.

WAL-MART STORES, INC., and
G&K SERVICES, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Wal-Mart Stores, Inc.'s Unopposed Motion for Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 24-1) is APPROVED as amended in paragraph 7 and made an Order of Court.

Date: September 29, 2015