IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01746-MJW

GENEVA C. TEWELL,

Plaintiff,

v.

WAL-MART STORES, INC., and
G&K SERVICES, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

 It is hereby **ORDERED** that Defendant G&K Services, Inc.'s Unopposed Motion for Protective Order (docket no. 28) is **GRANTED** finding good cause shown. The written Protective Order (docket no. 28-1) is **APPROVED** as amended in paragraphs 4, 11, and 12 and made an Order of Court.

Date: October 19, 2015