IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01746-MJW

GENEVA C. TEWELL,

Plaintiff,

v.

WAL-MART STORES, INC., and
G&K SERVICES, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Based upon the Notice of Settlement (Docket No. 34), it is hereby

    ORDERED that the Final Pretrial Conference and the Trial Preparation Conference set on November 20, 2015, at 8:30 a.m. and the Jury Trial set on November 30, 2015, are VACATED.  It is further

    ORDERED that all pending motions (Docket Nos. 27 and 30) are denied as moot.  It is further

    ORDERED that the parties shall file their dismissal papers on or before December 22, 2015.

Date: October 22, 2015