IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01746-MJW

**GENEVA C. TEWELL**
Plaintiff

v.

**WAL-MART STORES, INC. and G & K SERVICES, INC.**
Defendants

---

### ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

( Docket No 36 )

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by Plaintiff, Geneva C. Tewell, and by Defendants, Wal-Mart Stores, Inc. and G&K Services, Inc., and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff, Geneva C. Tewell, against Defendants, Wal-Mart Stores, Inc. and G&K Services, Inc., are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees.

DATED this 2nd day of December 2015.

BY THE COURT:

_/s/ Michael J. Watanabe_